GULF, COLORADO & SANTA FE RAILWAY COMPANY v. BROWN & WILLIAMSON.

No. 1479. Decided November 24, 1905.

GULF, COLORADO & SANTA FE RAILWAY COMPANY v. J. H. ZIMMERMAN.

No. 1480. Decided November 24, 1905.

The above cases were reversed and remanded in accordance with an agreement filed with the record that they should abide the decision in Gulf, Colorado & Santa Fe Railway Company v. Jackson & Edwards, ante.